UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL McGORE #142739
and MICHAEL ANDERSON #260826,

        Plaintiffs,        Case No. 1:11-cv-513

v.        Honorable Paul L. Maloney

BARBARA SAMPSON et al.,

        Defendants.
_____/

**ORDER DENYING LEAVE**
**TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

In accordance with the memorandum opinion entered this day,

IT IS ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

IT IS ALSO ORDERED that within twenty-eight (28) days hereof, Plaintiff shall pay his $175.00 portion of the filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $175.00 filing fee.

Dated:  June 6, 2011        /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge