UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL McGORE #142739
and MICHAEL ANDERSON #260826,

       Plaintiffs,               Case No. 1:11-cv-513

v.                                Honorable Paul L. Maloney

BARBARA SAMPSON et al.,

       Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case is **DISMISSED** without prejudice for lack of prosecution.

Dated:  July 13, 2011                /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              Chief United States District Judge