UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL McGORE et al.,

        Plaintiffs,         Case No. 1:11-cv-513

v.         Honorable Paul L. Maloney

ELLEN CAMPBELL et al.,

        Defendants.

_____/

## ORDER DENYING LEAVE TO PROCEED
## *IN FORMA PAUPERIS* ON APPEAL

        This is a civil rights action brought by two state prisoners pursuant to 42 U.S.C. § 1983. On June 6, 2011 (docket #7-8), the Court entered an order denying Plaintiff McGore leave to proceed *in forma pauperis* because he has "three strikes" within the meaning of 28 U.S.C. § 1915(g). Plaintiff McGore filed a notice of interlocutory appeal (docket #13), but failed to submit the $455.00 filing fee.[1] As outlined in the Court's memorandum opinion and order denying him pauper status based on § 1915(g), Plaintiff McGore is barred from proceeding *in forma pauperis* on this appeal. Plaintiff McGore has twenty-eight (28) days from the date of entry of this order to pay the entire filing fee for appealing a civil action, which is $455.00, to the Clerk of this Court.

---

[1] Plaintiff's action subsequently was dismissed by the Court without prejudice on July 13, 2011, for failure to pay the civil action filing fee.

Plaintiff McGore's failure to comply with this order may result in dismissal of this appeal without prejudice by the Sixth Circuit Court of Appeals.

        IT IS SO ORDERED.


Dated: August 11, 2011                  /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge


**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:
Clerk, U.S. District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**